

## ICSN CLINICA MONTSERRAT
### CALLE 134 NO. 17 - 71
### NIT 8600074005
### HISTORIA CLINICA

| | |
|---|---|
| **NOMBRE:** | JUAN FELIPE FIGUEROA MARROQUIN |
| **IDENTIFICACION:** | 1032944376 |
| **FECHA NACIMIENTO:** | 2000-04-03 (17 AÑOS) |
| **DIRECCION:** | CLL 104 N 23-35 |
| **FECHA INGRESO:** | 2017-08-04 F918 |
| **FECHA EGRESO:** | 2017-08-17 F122 |

| | |
|---|---|
| **MEDICO TRATANTE:** | RODRIGO MUÑOZ TAMAYO |
| **ENTIDAD:** | SEGUROS DE VIDA SURAMERICANA S.A. |
| **REGIMEN:** | REGIMEN |
| **TIPO USUARIO:** | COTIZANTE |
| **NIVEL USUARIO:** | NIVEL I |
| **NUM HC:** | 1032944376 |

EJE II

EJE III

EJE IV

EJE V GAF

### EVOLUCION MEDICA

RODRIGO MUÑOZ TAMAYO - PSIQUIATRA 2017-08-05 11:21:10

**OBJETIVO**

Paciente con historia anotada. Se muestra evasivo en sus respuestas con una pobre conciencia de su problemática aunque expresa deseos de "ajuiciarse". No se evidencian elementos psicóticos.

Se inicia manejo

### NOTA REVISTA UNIDAD AGUDOS

JENNIFFER JHOANA OLMEDO ANGULO - PSIQUIATRA 2017-08-05 12:17:08

**NOTA REVISTA**

UNIDAD A

Paciente de 17 años con diagnostico de:

1. Trastorno de la Conducta
2. Trastorno Esquizofreniforme
3. Trastorno por consumo de sustancias cannabis, en entorno controlado

S: Paciente con contencion fisica de 2 puntos. Ayer llego en agitacion psicomotora. Requirio esquema de sedacion e inmovilizacion. Hoy refiere estar mas tranquilo, comenta " es que vine a que me hagan unos examenes psicologicos"

O. Signos vitales estables

Adecuada presentacion personal, actitud indiferente, se comunica a demanda. No alteraciones sensoperceptivas. Sin ideas delirantes.

Se considera que esta en adaptacion a la hospitalizacion, se evaluaran sintomas. En este momento se decide retirar inmovilizacion

Estaremos atentos a evolucion.

### VALORACION DEL RIESGO DE CAIDAS ESCALA DE MORSE

/imgs/escala_morse.jpg

Impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 16:50:14



# ICSN CLINICA MONTSERRAT
## CALLE 134 NO. 17 - 71
### NIT 8600074005
## HISTORIA CLINICA

| | | | |
|---|---|---|---|
| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | | |
| IDENTIFICACION: | 1032944376 | MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) | ENTIDAD: | SEGUROS DE VIDA SURAMERICANA S A |
| DIRECCION: | CLL 104 N 23-35 | REGIMEN: | REGIMEN |
| FECHA INGRESO: | 2017-08-04 F918 | TIPO USUARIO: | COTIZANTE |
| FECHA EGRESO: | 2017-08-17 F122 | NIVEL USUARIO: | NIVEL I |
| | | NUM HC: | 1032944376 |

**ANTECEDENTES DE CAIDAS RECIENTES O EN LOS 3 ULTIMOS MESES**

00

**DIAGNOSTICO SECUNDARIO**

00

**AYUDA PARA LA DEAMBULACION**

00

**CATETERES IV VIA HEPARINIZADA**

00

**EQUILIBRIO TRASLADO**

00

**ESTADO MENTAL**

00

**PUNTUACION:**

00

**VALORACION DEL RIESGO DE CAIDAS ESCALA MORSE**

<B>De 0 a 24: Sin riesgo

**ESCALA SAD PERSONS**

/Imgs/escala_sadpersons.jpg

**SEXO MASCULINO**

01

**EDAD MENOR 25 O MAYOR 45 AÑOS**

01

**DEPRESION**

00

**TENTATIVA SUICIDA PREVIA**

00

**ABUSO ALCOHOL**

00

**FALTA PENSAMIENTO RACIONAL**

00

**CARENCIA APOYO SOCIAL**

00

**PLAN ORGANIZADO SUICIDIO**

00

**NO PAREJA O CONYUGE**

01

**ENFERMEDAD SOMATICA**

00

Impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 16.50.14



# ICSN CLINICA MONTSERRAT
## CALLE 134 NO. 17 - 71
### NIT 8600074005
## HISTORIA CLINICA

| | | |
|---|---|---|
| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | |
| IDENTIFICACION: | 1032944376 | |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) | |
| DIRECCION: | CLL 104 N 23-35 | |
| FECHA INGRESO | 2017-08-04 F918 | |
| FECHA EGRESO: | 2017-08-17 F122 | |

| | |
|---|---|
| MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
| ENTIDAD: | SEGUROS DE VIDA SURAMERICANA S.A. |
| REGIMEN: | REGIMEN |
| TIPO USUARIO: | COTIZANTE |
| NIVEL USUARIO: | NIVEL I |
| NUM HC: | 1032944376 |

**PUNTUACION:**

3

**VALORACION DEL RIESGO ESCALA SADPERSONS**

<B>De 3 a 4: Seguimiento ambulatorio intensivo, considerar ingreso

**EVOLUCION MEDICA**

JENNIFFER JHOANA OLMEDO ANGULO      - PSIQUIATRA 2017-03-06 00:04:26

**SUBJETIVO**

**REVISTA NOCTURNA**

Jefe Maribel Pinilla

Dr Caicedo Md Residente

Dra Olmedo Md Psiquiatra

Paciente conciliando el sueño, hemodinamicamente estable. Se continua manejo instaurado.

**NOTA REVISTA UNIDAD AGUDOS**

JUAN PABLO ORTIZ LONDOÑO - PSIQUIATRA 2017-08-06 08:34:27

**NOTA REVISTA**

**UNIDAD A**

'Paciente de 17 años con diagnostico de:

1. Trastorno de la Conducta

2. Trastorno Esquizofreniforme

3. Trastorno por consumo de sustancias cannabis, en entorno controlado

S/ Comenta: "Bien, pero yo no debería estar acá".

O/ Signos vitales estables, afecto modulado, no verbaliza ideas delirantes de forma espontanea, niega ideas de auto o heteroagresisón, orientado, juicio de realidad conservado, critico debilitado, introspección nula, prospección estable

A/P paciente en segundo dia de hospitalización, continua en unidad a

**VALORACION DEL RIESGO DE CAÍDAS ESCALA DE MORSE**

/imgs/escala_morse.jpg

**ANTECEDENTES DE CAIDAS RECIENTES O EN LOS 3 ULTIMOS MESES**

00

**DIAGNOSTICO SECUNDARIO**

00

Impreso por:JESSICA LORENA PULIDO CORTES 2017-5-17 16:50:14



## ICSN CLINICA MONTSERRAT
### CALLE 134 NO. 17 - 71
### NIT 8600074005
## HISTORIA CLINICA

| | | |
|---|---|---|
| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | |
| IDENTIFICACION: | 1032944376 | MEDICO TRATANTE: RODRIGO MUÑOZ TAMAYO |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) | ENTIDAD: SEGUROS DE VIDA SURAMERICANA S A |
| DIRECCION: | CLL 104 N 23-35 | REGIMEN. REGIMEN |
| FECHA INGRESO: | 2017-08-04 F918 | TIPO USUARIO: COTIZANTE |
| FECHA EGRESO: | 2017-08-17 F122 | NIVEL USUARIO: NIVEL I |
| | | NUM HC: 1032944376 |

**AYUDA PARA LA DEAMBULACION**

00

**CATETERES IV VIA HEPARINIZADA**

00

**EQUILIBRIO TRASLADO**

00

**ESTADO MENTAL**

00

**PUNTUACION:**

00

**VALORACION DEL RIESGO DE CAIDAS ESCALA MORSE**

<B>De 0 a 24: Sin riesgo

ESCALA SAD PERSONS

/Imgs/escala_sadpersons.jpg

**SEXO MASCULINO**

01

**EDAD MENOR 25 O MAYOR 45 AñOS**

01

**DEPRESION**

00

**TENTATIVA SUICIDA PREVIA**

00

**ABUSO ALCOHOL**

00

**FALTA PENSAMIENTO RACIONAL**

00

**CARENCIA APOYO SOCIAL**

00

**PLAN ORGANIZADO SUICIDIO**

00

**NO PAREJA O CONYUGE**

01

**ENFERMEDAD SOMATICA**

00

**PUNTUACION:**

3

**VALORACION DEL RIESGO ESCALA SADPERSONS**

<B>De 3 a 4: Seguimiento ambulatorio intensivo, considerar ingreso

Impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 16:50:14



# ICSN CLINICA MONTSERRAT
## CALLE 134 NO. 17 - 71
### NIT 8600074005
## HISTORIA CLINICA

| | | | |
|---|---|---|---|
| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
| IDENTIFICACION: | 1032944376 | ENTIDAD. | SEGUROS DE VIDA SURAMERICANA S.A. |
| FECHA NACIMIENTO. | 2000-04-03 (17 AÑOS) | REGIMEN: | REGIMEN |
| DIRECCION: | CLL 104 N 23-35 | TIPO USUARIO: | COTIZANTE |
| FECHA INGRESO: | 2017-08-04 F918 | NIVEL USUARIO: | NIVEL I |
| FECHA EGRESO: | 2017-08-17 F122 | NUM HC: | 1032944376 |

### NOTA REVISTA UNIDAD AGUDOS

YESENIA LINDEMAN VERGARA          - PSIQUIATRA 2017-08-07 08:38:47

**NOTA REVISTA**

UNIDAD A

Paciente de 17 años con diagnostico de:

1. Trastorno de la Conducta

2. Trastorno Esquizofreniforme

3. Trastorno por consumo de sustancias cannabis, en entorno controlado

S/ Comenta: "Bien, me duele una muela, quiero salir para que me vea un medico". Comenta dolor 4/10, niega fiebre, cefalea, u otros sintomas de compromiso sitemico.

Al examen no se evidencian ganglios en cuello el cual es movil, cavidad oral donde a simple inspeccion no se evidencian alteraciones. Signos vitales normales

O/ Signos vitales estables, afecto modulado, no verbaliza ideas delirantes de forma espontanea, niega ideas de auto o heteroagresisón, orientado, juicio de realidad conservado, critico debilitado, introspeccion nula, prospección estable

A/P paciente en tercer dia de hospitalizacion, sin introspeccion de sintomas, impresiona manipulando para salir; se considera administrar manejo analgesico y vigilancia por riesgo de fuga.

Acetaminofen 500 mg tab (1) VO ahora.

### VALORACION DEL RIESGO DE CAÍDAS ESCALA DE MORSE

/imgs/escala_morse.jpg

**ANTECEDENTES DE CAIDAS RECIENTES O EN LOS 3 ULTIMOS MESES**

00

**DIAGNOSTICO SECUNDARIO**

00

**AYUDA PARA LA DEAMBULACION**

00

**CATETERES IV VIA HEPARINIZADA**

00

**EQUILIBRIO TRASLADO**

00

**ESTADO MENTAL**

00

**PUNTUACION:**

Impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 16:50:16




## ICSN CLINICA MONTSERRAT
### CALLE 134 NO. 17 - 71
### NIT 8600074005
## HISTORIA CLINICA

| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
|---|---|---|---|
| IDENTIFICACION: | 1032944378 | ENTIDAD: | SEGUROS DE VIDA SURAMERICANA S A |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) | REGIMEN: | REGIMEN |
| DIRECCION: | CLL 104 N 23-35 | TIPO USUARIO: | COTIZANTE |
| FECHA INGRESO: | 2017-08-04 F918 | NIVEL USUARIO: | NIVEL I |
| FECHA EGRESO: | 2017-08-17 F122 | NUM HC: | 1032944376 |

00

VALORACION DEL RIESGO DE CAIDAS ESCALA MORSE

<B>De 0 a 24: Sin riesgo

### ESCALA SAD PERSONS

/imgs/escala_sadpersons.jpg

SEXO MASCULINO

01

EDAD MENOR 25 O MAYOR 45 AÑOS

01

DEPRESION

00

TENTATIVA SUICIDA PREVIA

00

ABUSO ALCOHOL

00

FALTA PENSAMIENTO RACIONAL

00

CARENCIA APOYO SOCIAL

00

PLAN ORGANIZADO SUICIDIO

00

NO PAREJA O CONYUGE

01

ENFERMEDAD SOMATICA

00

PUNTUACION:

3

VALORACION DEL RIESGO ESCALA SADPERSONS

<B>De 3 a 4: Seguimiento ambulatorio intensivo, considerar ingreso

### EVOLUCION MEDICA

RODRIGO MUÑOZ TAMAYO          - PSIQUIATRA 2017-08-07 19:26:51

OBJETIVO

Reconoce actuaciones inadecuadas pero muestra un muy pobre juicio crítico de estas. No verbaliza delirios ni alucinaciones pero la pobreza de su juicio crítico y lo concreto de su discurso hacen pensar en un cuadro psicótico subyacente.

### EVOLUCION MEDICA

Impreso por:JESSICA LORENA PULIDO CORTES 2017-8-17 16:50:14



# ICSN CLINICA MONTSERRAT
## CALLE 134 NO. 17 - 71
### NIT 8600074005
## HISTORIA CLINICA

| | | | |
|---|---|---|---|
| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
| IDENTIFICACION: | 1032944376 | ENTIDAD: | SEGUROS DE VIDA SURAMERICANA S.A. |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) | REGIMEN: | REGIMEN |
| DIRECCION: | CLL 104 N 23-35 | TIPO USUARIO: | COTIZANTE |
| FECHA INGRESO: | 2017-08-04 F918 | NIVEL USUARIO: | NIVEL I |
| FECHA EGRESO: | 2017-08-17 F122 | NUM HC: | 10329443/6 |

YESENIA LINDEMAN VERGARA   - PSIQUIATRA 2017-08-07 20:11:50)

**OBJETIVO**

NOTA TURNO.

Otro paciente quien se encuentra psicotico lo agrede verbalmente y ademas le empuja una silla a lo cual responde devolviendo la misma.

Al valorarlo se observa tranquilo, sin embargo no relata lo ocurrido, su actitud es algo suspicaz.

Se indica adelantar dosis de medicamento con dosis extra de 5 gotas de levomepromazina.

## FISIOTERAPIA

MARIDEL MEDINA POLANCO - FISIOTERAPEUTA 2017-08-08 09:53:21

### RESPUESTA INTERCONSULTA POR FISIOTERAPIA

ACTIVIDAD FISICA GRUPAL UNIDAD A

08/08/2017

Paciente estable, asiste a la actividad fisica grupal de estiramientos y aeróbicos, participa en la actividad con buena actitud y disposición, finaliza la actividad sin complicaciones.

## NOTA REVISTA UNIDAD AGUDOS

LAURA MILENA SAAVEDRA RAMIREZ   - PSIQUIATRA 2017-08-08 12:12:16

**NOTA REVISTA**

EVOLUCION DE LA UNIDAD A:

Paciente con diagnósticos de:
1. Trastorno de la conducta a estudio, trastorno antisocial?
2. Trastorno psicotico breve
3. Trastorno por consumo de cannabinoides en entorno controlado

Paciente masculino de 17 años de cambios comportamentales desde hace 10 meses dados por irritabilidad, aislamiento social, anhedonia, ventas de objetos de forma irresponsable, mentiras frecuentes y heteroagresividad verbal de forma ocasional con la madre, por lo cual la madre comienza a sospechar inicio de consumo de sustancias psicoactivas. En febrero 2017 madre realiza confirmación por encontrar sustancias psicoactivas en el cuarto, inicia proceso de deshabituación en la Fundación La Luz durante un mes, pero se retira porque la madre no cosnideraba adecaudo el tratamiento e inicial manejo con psicologia de forma interna con Juan Fernando Roldán durante cinco semanas, paciente comenta consumo de Cannabis desde hace un año, asociado a problemas legales por hurto, consumo de preferencia solo, con aumento de la toleracia, sintomas de abstinencia dados por ansiedad y deseos de consumo.

Enfermeria comenta: "ha estado poco comunicativo y suspicaz".

Impreso por: JESSICA LORENA PULIDO CORTES 2017-8-17 16:50:1



**ICSN CLINICA MONTSERRAT**
CALLE 134 NO. 17 - 71
NIT 8600074005

## HISTORIA CLINICA

| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN | MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
|---|---|---|---|
| IDENTIFICACION: | 1032944376 | ENTIDAD: | SEGUROS DE VIDA SURAMERICANA S A |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) | REGIMEN: | REGIMEN |
| DIRECCION: | CLL 104 N 23-35 | TIPO USUARIO. | COTIZANTE |
| FECHA INGRESO: | 2017-08-04 F918 | NIVEL USUARIO: | NIVEL I |
| FECHA EGRESO: | 2017-08-17 F122 | NUM HC: | 1032944376 |

Paciente comenta: "estoy aqui por lo de las drogas y por cambios de comportamiento, me duele una muela"

Objetivo:

Encuentro paciente en area social de la unidad A, hemodinamicamente estable, valorado en su habitación, actitud colaboradora pero en la entrevista se torna suspicaz, alerta, orientado, euprosexico, afecto de fondo ansioso, modulado, resonante, ideas sobrevaloradas de tipo referencial con sus figuras paternas, no verbaliza ideas delirantes espontaneamente, niega ideas de muerte o de suicidio las cuales se interrogan activamente, juicio comprometido, introspeccion nula, prospeccion incierta.

Valoro molares sin presencia de caries ni lesiones en las encias, comenta dolor a la palpación de molar secundario al tratamiento de ortodoncia.

Analisis:

Paciente que presenta evolución con mejoría de su conducta, sin agitación psicomotora, se evidencia suspicaz al profundizar el tema de sus familiares, hemodinamicamente estable, enfermeria no reporta dificultades en el manejo, paciente con dolor en molar para lo que considero manejo analgesico por horario.

Llama la atencion alteracion comportamental importante que ha alterado su funcionamientos y representado de dificultades a nivel social y familiar.

Paraclinicos realizados hemograma con leve neutropenia y leve linfocitosis sin cambios significativos, funcion hepatica y renal dentro de valores normales, anfetaminas, cocaina, emtanfetaminas y opiaceos negativos, Marihuana positivo en 41 ng/ml, parcial de orina normal, serologia no reactiva.

Continua manejo instaurado por tratante

Vigilancia clincia

Pendiente TSH y VIH

ibuprofgeno cada 8 horas por 3 dias

**VALORACION DEL RIESGO DE CAÍDAS ESCALA DE MORSE**

/imgs/escala_morse.jpg

**ANTECEDENTES DE CAIDAS RECIENTES O EN LOS 3 ULTIMOS MESES**

00

**DIAGNOSTICO SECUNDARIO**

00

**AYUDA PARA LA DEAMBULACION**

00

**CATETERES IV VIA HEPARINIZADA**

00

**EQUILIBRIO TRASLADO**

00

**ESTADO MENTAL**

00

**PUNTUACION:**

impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 16.50.14



# ICSN CLINICA MONTSERRAT
## CALLE 134 NO. 17 - 71
## NIT 8600074005
# HISTORIA CLINICA

| | |
|---|---|
| NOMBRE: | JUAN FELIPE FIGUEROA MARROQUIN |
| IDENTIFICACION: | 1032944376 |
| FECHA NACIMIENTO: | 2000-04-03 (17 AÑOS) |
| DIRECCION: | CLL 104 N 23-35 |
| FECHA INGRESO: | 2017-08-04 F918 |
| FECHA EGRESO: | 2017-08-17 F122 |

| | |
|---|---|
| MEDICO TRATANTE: | RODRIGO MUÑOZ TAMAYO |
| ENTIDAD. | SEGUROS DE VIDA SURAMERICANA S.A. |
| REGIMEN: | REGIMEN |
| TIPO USUARIO: | COTIZANTE |
| NIVEL USUARIO: | NIVEL I |
| NUM HC: | 1032944376 |

00

**VALORACION DEL RIESGO DE CAÍDAS ESCALA MORSE**

<B>De 0 a 24: Sin riesgo

**ESCALA SAD PERSONS**

/imgs/escala_sadpersons.jpg

**SEXO MASCULINO**

01

**EDAD MENOR 25 O MAYOR 45 AÑOS**

01

**DEPRESION**

00

**TENTATIVA SUICIDA PREVIA**

00

**ABUSO ALCOHOL**

00

**FALTA PENSAMIENTO RACIONAL**

00

**CARENCIA APOYO SOCIAL**

00

**PLAN ORGANIZADO SUICIDIO**

00

**NO PAREJA O CONYUGE**

01

**ENFERMEDAD SOMATICA**

00

**PUNTUACION:**

3

**VALORACION DEL RIESGO ESCALA SADPERSONS**

<B>De 3 a 4: Seguimiento ambulatorio intensivo, considerar ingreso

**EVOLUCION MEDICA**

RODRIGO MUÑOZ TAMAYO        - PSIQUIATRA 2017-08-08 12:23:47

**OBJETIVO**

Ha permanecido estable, sin evidencia de elementos psicóticos activos, pero con una muy pobre introspección y un muy pobre juicio critico.

**PLAN**

Rrastado a psiquiatria general con enfermera especial con visitas de la familia.

impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 16:50.14



# ICSN CLINICA MONTSERRAT
## CALLE 134 NO. 17 - 71
### NIT 8600074005
# HISTORIA CLINICA

| | | | |
|---|---|---|---|
| **NOMBRE:** | JUAN FELIPE FIGUEROA MARROQUIN | **MEDICO TRATANTE:** | RODRIGO MUÑOZ TAMAYO |
| **IDENTIFICACION:** | 1032944376 | **ENTIDAD:** | SEGUROS DE VIDA SURAMERICANA S A |
| **FECHA NACIMIENTO:** | 2000-04-03 (17 AÑOS) | **REGIMEN.** | REGIMEN |
| **DIRECCION:** | CLL 104 N 23-35 | **TIPO USUARIO:** | COTIZANTE |
| **FECHA INGRESO:** | 2017-08-04 F918 | **NIVEL USUARIO** | NIVEL I |
| **FECHA EGRESO:** | 2017-08-17 F122 | **NUM HC:** | 1032944376 |

## EVOLUCION MEDICA

RODRIGO MUÑOZ TAMAYO — PSIQUIATRA 2017-08-09 13.01:26

**OBJETIVO**

Comportamiento adecuado, con mejor reconocimiento de su problemática y algún grado de critica de su agresividad. Refiere deseos de dejar el consumo pero su respaldo afectivo es pobre.

## EVOLUCION MEDICA

JUAN PABLO ORTIZ LONDOÑO - PSIQUIATRA 2017-08-09 18.38:19

**SUBJETIVO**

atiendo llamado de enfermeria, paciente demandante de salida, agresivo, golpiando paredes, dando patadas a la cama, se intenta hacer contencion verbal pero paciente se torna con inminencia agitacion psicomotora por lo que se indica traslado a la unidad a, inmovilizacion 5 puntos, olanzapina 10 mg im

## EVOLUCION MEDICA

RODRIGO MUÑOZ TAMAYO — PSIQUIATRA 2017-08-10 07.36:46

**OBJETIVO**

Encuentro paciente inmovilizado. Se muestra hostil y sin critica de su actuación a pesar de que la reconoce.

**PLAN**

Igual manejo

## NOTA REVISTA UNIDAD AGUDOS

LAURA MILENA SAAVEDRA RAMIREZ — PSIQUIATRA 2017-08-10 11.15:04

**NOTA REVISTA**

UNIDAD DE CUIDADO AGUDO

Trastorno de la conducta a estudio, trastorno antisocial?

Trastorno psicotico breve

Trastorno por consumo de cannabinoides en entorno controlado

Subjetivo: "hola, si lo que uds digan, mira que me estoy comportando".

Objetivo. SV dentro de lo normal. Somnoliento pero alertable, afecto embotado, pensamiento logico, coherente, referencial con la hospitalizacion, poca critica de conductas de ayer, niega ideas de muerte o de suicidio las cuales se interrogan activamente, juicio comprometido, introspección nula, prospeccion incierta

TSH normal.

Análisis: Paciente con alteracion comportamental importante, rasgos sociopaticos de personalidad, considero debe ser manejado en la unidad por alto riesgo de agitacion, heteroagresion, actuacion y evasion, ademas considero requiere enfoque con limites mas estrictos por lo cual recomiendo sea

Impreso por JESSICA LORENA PULIDO CORTES 2017-8-17 18.50 14